**Order entered April 22, 2014**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00357-CV

### JOHN GALIOTO, Appellant

### V.

### HIGHER EDUCATION SERVICING CORPORATION, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05947-C**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Brown

We **GRANT** appellant's April 1, 2014 motion for temporary stay of all trial court proceedings including discovery. We **STAY** all trial court proceedings including discovery until further order of this Court.

/s/     ELIZABETH LANG-MIERS
        JUSTICE